IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP J. GAINES, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    CASE NO. 2:19-CV-538-WKW ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) ) |
|     Defendants. | ) |

## **ORDER**

On April 4, 2022, the Magistrate Judge filed a Recommendation (Doc. # 37) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 37) is ADOPTED.

2. Defendants' motion for summary judgment (Doc. # 15) is GRANTED as to the federal law claims.

3. Plaintiff's state law claims are DISMISSED.

A final judgment will be entered separately.

DONE this 28th day of April, 2022.

                                                  /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE